UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Pete E. Dutton, | Civ. No. 16-cv-668 (WMW/LIB) |
| Plaintiff, | ORDER |
| vs. | |
| St. Louis County, et al., | |
| Defendants. | |

Pursuant to the Stipulation of the parties, [Docket No. 75], **IT IS HEREBY ORDERED THAT:**

1. The Stipulation [Docket No. 75] is APPROVED, and Plaintiff shall file a memorandum of law and any affidavits and exhibits in response to Defendants' motions for summary judgment [Docket Nos. 44 and 54] on or before April 12, 2018.

2. Defendants shall file and serve reply memoranda or a notice stating that no reply will be filed on or before May 3, 2018.

DATED: March 21, 2018                      s/Leo I. Brisbois
                                                                        Leo I. Brisbois
                                                                        U.S. MAGISTRATE JUDGE