UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Pete E. Dutton,

    Plaintiff,

v.

St. Louis County, et al.,

    Defendants.

Case No. 16-cv-668 (WMW/LIB)

**STIPULATION AMONG PETE E. DUTTON, ST. LOUIS COUNTY, MICHAEL MARSHALL, ROBERT PENNINGTON, GLEN PETERSON, AND MATTHEW WALLIS CONCERNING DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ST. LOUIS COUNTY, MICHAEL MARSHALL, ROBERT PENNINGTON, GLEN PETERSON, AND MATTHEW WALLIS**

WHEREAS, on March 15, 2016, Pete E. Dutton filed a complaint against St. Louis County and Michael Marshall, Robert Pennington, Glen Peterson, and Matthew Wallis, in their individual and official capacities, and another defendant. (Docket No. 1.)

WHEREAS, on June 6, 2018, Dutton, St. Louis County, Marshall, Pennington, Peterson, and Wallis entered into a Settlement Agreement providing for the dismissal with prejudice of all claims against St. Louis County and Marshall, Pennington, Peterson, and Wallis, in their individual and official capacities.

NOW, THEREFORE, Dutton, St. Louis County, Marshall, Pennington, Peterson, and Wallis stipulate that:

1. All claims against St. Louis County and Marshall, Pennington, Peterson, and Wallis, in their individual and official capacities, shall be dismissed with prejudice.

2. Dutton's counsel shall submit to the Court as soon as possible a proposed order concerning the dismissal.

Dated: June 22, 2018

THE LAW OFFICE OF ZORISLAV R. LEYDERMAN

s/ Zorislav R. Leyderman
Zorislav R. Leyderman (#0391286)
222 South Ninth Street, Suite 1600
Minneapolis, Minnesota 55402
Telephone: (612) 876-6626
zrl@zrllaw.com

Counsel for Plaintiff Pete E. Dutton

Dated: June 6, 2018

        MARK S. RUBIN
        ST. LOUIS COUNTY ATTORNEY

        s/ Nick D. Campanario
        Nick D. Campanario (#0316179)
        Assistant County Attorney
        St. Louis County Attorney's Office
        St. Louis County Courthouse
        100 North Fifth Avenue West, Room 501
        Duluth, Minnesota 55802-1298
        Telephone: (218) 726-2323
        Fax: (218) 726-2332
        campanarion@stlouiscountymn.gov

        Counsel for Defendants St. Louis County and Michael Marshall, Robert Pennington, Glen Peterson, and Matthew Wallis, in their individual and official capacities